# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**MELVIN BUTTS**                                                         **PLAINTIFF**

**VS.**                                                         **CAUSE NO. 2:05CV76-D-B**

**PROGRESSIVE INSURANCE COMPANY**                                **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO CERTAIN CLAIMS

This matter came on for consideration by this Court of the joint application *ore tenus* of

the plaintiff and defendant for dismissal with prejudice of certain claims asserted in the

Complaint. In paragraphs 14 through 18 or "Count I" of the Complaint, plaintiff alleges that

defendant Progressive acted in bad faith and willfully breached its contract of insurance with the

plaintiff. This Court finds that there is no basis in law or fact to support the allegations of Count

I of the Complaint, specifically those allegations referenced in paragraph 14 through 18 and the

same shall be and are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the _21st_ day of ___June___, 2005.

_____
U.S. DISTRICT COURT JUDGE

APPROVED:

_____
PATRICK S. WOOTEN,
Attorney for Plaintiff

_____
H. RICHMOND CULP, III,
Attorney for Defendant